ORIGINAL SEALED

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

FILED-USDC-NDTX-DA
'24 NOV 13 PM1:13
KAB

UNITED STATES OF AMERICA

v.

PHILLIP DANIEL PETERSON

FILED UNDER SEAL

NO. 3-24CR-507-S

# INDICTMENT

The Grand Jury charges:

Counts One through Eight
Transmitting a Threatening Communication in Interstate Commerce
[Violation of 18 U.S.C. § 875(c)]

On or about the dates identified below, in the Northern District of Texas and elsewhere, the defendant, **Phillip Daniel Peterson**, knowingly transmitted in interstate and foreign commerce the e-mail communications identified below containing threats to injure the person of another, for the purpose of issuing threats, with knowledge that the communications would be viewed as threats, and with conscious disregard of a substantial risk that the communications would be viewed as threats, each communication forming a separate count:

| Count | Date | Target of Threat | Threatening Communication |
|---|---|---|---|
| **One** | 06/23/2023 | M.M. | "I am going to ass fuck M.M. FUCK THIS CUNT." |
| **Two** | 06/23/2023 | M.M. | "M.M., I am going to fuck you up." |
| **Three** | 06/23/2023 | M.M. | "I am going to put your fucking head on a stick." |

| Count | Date | Target of Threat | Threatening Communication |
|---|---|---|---|
| **Four** | 06/23/2023 | M.M. | "I am going to ass fuck you M.M. you fucking cunt." |
| **Five** | 06/23/2023 | M.M. | "M.M. I am going to fuck you in the ass you stupid cunt." |
| **Six** | 06/23/2023 | M.M. | "M.M. I am going to ass fuck for the end of time." |
| **Seven** | 06/23/2023 | J.H. and D.W. | "I am going to fuck both J.H. and D.W. in the ass." |
| **Eight** | 06/23/2023 | A.G., M.M., J.H., and D.W. | "You stupid faggots better know I know where you live." |

All in violation of 18 U.S.C. § 875(c).

A TRUE BILL

Suzanne Chatham

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

Edward Hocter

EDWARD L. HOCTER
Assistant United States Attorney
Texas Bar No. 24121668
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: ted.hocter@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

---

THE UNITED STATES OF AMERICA

v.

**PHILLIP DANIEL PETERSON**

---

SEALED INDICTMENT

18 U.S.C. § 875(c)
Transmitting a Threatening Communication in Interstate Commerce
(Counts 1-8)

8 Counts

---

A true bill rendered

---

DALLAS FOREPERSON

Filed in open court this 13 day of November, 2024.

---

**Warrant to be Issued**

---

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending