US MARSHALS SERVICE N/TX
2024 NOV 14 A 9:42

# United States District Court
# Northern District of Texas
DALLAS

FILED-USDC-NDTX-DA
'24 NOV 20 PM3:51

UNITED STATES OF AMERICA

V.

Phillip Daniel Peterson

## SEALED WARRANT FOR ARREST KM

CASE NUMBER: 3:24-cr-507-S

MAG. CASE NUMBER: ______

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Phillip Daniel Peterson
and bring him or her forthwith to the nearest magistrate judge to answer a(n)

- [x] Sealed Indictment
- [ ] Information
- [ ] Complaint
- [ ] Order of court
- [ ] Violation Notice
- [ ] Probation Violation Petition

charging him or her with:

Transmitting a Threatening Communication in Interstate Commerce

in violation of Title 18
United States Code, Section(s)
875(c)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

US Magistrate Judge Rebecca Rutherford
Judge

11/13/2024
Date

Dallas, TX
Location

s/Y. Pace
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

VAN ZANDT COUNTY, TEXAS

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 11/14/24 | M. SYKES DUSM | [signature] |
| DATE OF ARREST 11/18/24 | | |

USMS

11686318