IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

PHILLIP DANIEL PETERSON

NO. 3:24-CR-507-N

**GOVERNMENT'S EXHIBIT LIST FOR TRIAL**

The government submits the following exhibit list:

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 1 | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:10:18) | | |
| 2 | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:11:36) | | |
| 3 | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:13:52) | | |
| 4 | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:20:05) | | |
| 5 | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:27:21) | | |
| 6 | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:31:30) | | |
| 7 | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:49:41) | | |
| 8 | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:51:35) | | |
| 9 | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:10:18) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 10 | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:11:36) | | |
| 11 | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:13:52) | | |
| 12 | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:20:05) | | |
| 13 | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:27:21) | | |
| 14 | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:31:30) | | |
| 15 | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:49:41) | | |
| 16 | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:51:35) | | |
| 17 | Metadata from Emails | | |
| 18 | RESERVED | | |
| 19 | Witness Photo - Andrew Gautreaux | | |
| 20 | Witness Photo - David Wood | | |
| 21 | Witness Photo - Joe Harkerlord | | |
| 22 | Witness Photo - Melissa Matthews | | |
| 23 | Defendant Photo- Phillip Peterson | | |
| 24 | Microsoft Certificate of Authenticity (1) | | |
| 25 | Steptoe & Johnson, PLLC Certificate of Authenticity | | |
| 26 | Microsoft Declaration | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 27 | Email Re: Apology (Time stamp Thursday, June 29, 2023 9:35 AM) | | |
| 28 | Phillip Peterson Arrest Video | | |
| 29 | Melissa Dorman Matthews Petition | | |
| 30 | Phillip Peterson Answer to Matthews Petition | | |
| 31 | Melissa Dorman Matthews Grievance File | | |
| 32 | Kirk Christensen Grievance File | | |
| 33 | Tonda Curry Grievance File | | |
| 34 | Justin Hilty Grievance File | | |
| 35 | Gautreaux Police Report | | |
| 36 | RESERVED | | |
| 37 | RESERVED | | |
| 38 | Email Fwd: The complaint (Time stamp Thursday, April 27, 2023 8:38 AM) | This one leads into the next one…someone changed the subject line. | |
| 39 | Email Re: Harkleroad et al. v. Legacy Exploration et al. (Time stamp Thu, 27 Apr 2023 23:27:25) | | |
| 40 | Email Re: Harkleroad et al. v. Legacy Exploration et al. (Time stamp Thu, 27 Apr 2023 23:35:30) | | |
| 41 | Email Re: Harkleroad et al. v. Legacy Exploration et al. (Time stamp Fri, 28 Apr 2023 01:22:14) | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 42 | Email Re: Harkleroad et al. v. Legacy Exploration et al. (Time stamp Fri, 28 Apr 2023 04:46:20) | | |
| 43 | Email Re: Harkleroad et al. v. Legacy Exploration et al. (Time stamp Fri, 28 Apr 2023 04:53:56) | | |
| 44 | RESERVED | | |
| 45 | Email Re: Harkleroad, et al v. Legacy_Exploration, et al. - service of process update (Time stamp Fri, 12 May 2023 00:37:45) | | |
| 46 | Email Re: Oil Wells (Time stamp Wed, 17 May 2023 08:49:59) | | |
| 47 | RESERVED | | |
| 48 | Email Re: Harkleroad v. Legacy Exploration, LLC & Andrew Gautreaux - notice of scheduling conference, proposed scheduling order (Time stamp Mon, 18 Sep 2023 17:11:22) | | |
| 49 | Email Re: Harkleroad v. Legacy Exploration, LLC & Andrew Gautreaux - notice of scheduling conference, proposed scheduling order (Time stamp Mon, 18 Sep 2023 23:51:50) | | |
| 50 | Email Re: Harkleroad v. Legacy Exploration, LLC & Andrew Gautreaux - notice of scheduling conference, proposed scheduling order (Time stamp Thu, 21 Sep 2023 15:07:56) | | |
| 51 | RESERVED | | |

| Exhibit No. | Description | Offered | Admitted |
|---|---|---|---|
| 52 | Email Re: Harkleroad et al. v. Legacy Exploration et al., overdue discovery responses (Time stamp Wed, 1 Nov 2023 18:19:18) | | |
| 53 | Email Re: Harkleroad et al. v. Legacy Exploration et al., overdue discovery responses (Time stamp Wed, 1 Nov 2023 19:10:12) | | |
| 54 | Email Re: Harkleroad et al. v. Legacy Exploration et al., overdue discovery responses (Time stamp Thu, 2 Nov 2023 02:11:20) | | |
| 55 | Email [EXTERNAL] Phillip Peterson Facebook threats from July 16, 2023 (Time stamp Thu, 14 Nov 2024 16:12:20) | | |
| 56 | [EXTERNAL] Fwd: INSURANCE FRAUD (Time stamp Thu, 17 Oct 2024 15:10:21) | | |
| 57 | [EXTERNAL] Fwd: CEO (Time stamp Thu, 17 Oct 2024 15:12:38) | | |
| 58 | Text messages beginning with “Good Night” | | |
| 59 | Text messages beginning with “But I also know from our convos” | | |
| 60 | Text message collection | | |
| 61 | Email [EXTERNAL] Fwd: JUDGEMENT (Time stamp Thu, 17 Oct 2024 15:11:23) | | |
| 62 | Email [EXTERNAL] Fwd: INSURANCE FRAUD (Time stamp Thu, 17 Oct 2024 15:10:21) | | |
| 63 | Microsoft Email Information | | |
| 64 | Microsoft Certificate of Authenticity (2) | | |

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

*/s/ Edward L. Hocter*
EDWARD L. HOCTER
Assistant United States Attorney
Texas Bar No. 24121668
Ted.Hocter@usdoj.gov

CAROLINE S. POORE
Assistant United States Attorney
Tennessee Bar No. 040796
Caroline.Poore@usdoj.gov

1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805

## CERTIFICATE OF SERVICE

I hereby certify on this 17th day of September 2026 that this document was filed with the Clerk of Court via the court's ECF System.

/s/ *Edward L. Hocter*
EDWARD L. HOCTER
Assistant United States Attorney