IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>PHILLIP DANIEL PETERSON | NO. 3:24-CR-507-N |

# GOVERNMENT'S AMENDED WITNESS LIST

The government submits the following witness list for trial:

| | NAME AND ADDRESS[1] | SUMMARY OF TESTIMONY/ WITNESS TYPE |
|---|---|---|
| 1. | **M.M.,**<br>Plano, TX | **Probable fact witness**<br>Will testify about the Legacy, LLC, legal dispute, her communications with Peterson, her receipt and understanding of the charged emails, and her response to those communications. |
| 2. | **J.H.**<br>Cedarville, OH | **Probable fact witness**<br>Will testify about his investments in Legacy, the underlying financial dispute, his dealings with Peterson, and his receipt and understanding of the charged communications. |

[1] The government has provided the full names and home addresses for all civilian witnesses to the defendant and can provided them to the Court under seal upon request.

| | NAME AND ADDRESS[1] | SUMMARY OF TESTIMONY/ WITNESS TYPE |
|---|---|---|
| 3. | **Marquis Moore**<br>Dallas, TX | **Probable fact witness**<br>Will testify about Steptoe's email system, its receipt and preservation of the charged emails, and the technical header information associated with those communications. Moore was also present in Steptoe's Dallas office when the office was locked down in response to the charged communications and may testify about that response and the circumstances he personally observed. |
| 4. | **Lisa MacMillan**<br>Microsoft Corporation<br>1 Microsoft Way<br>Redmond, WA | **Probable fact witness**<br>Will testify that Microsoft Corporation operates online email services; about the basic subscriber information associated with the account that sent the charged communications; and that the Microsoft email servers identified in the header information for each of the eight charged emails are located outside of the State of Texas. The witness will further testify that the header information reflects that each charged email was sent through those Microsoft servers. |
| 5. | **Officer Erin Hodge**<br>Dallas Police Department<br>9801 Harry Hines Blvd.<br>Dallas, TX 75220 | **Possible fact witness**<br>Will testify about M.M.'s June 28, 2023, report to the Dallas Police Department and Officer Hodge's intake of that report. |
| 6. | **Deputy United States Marshal Michael Sykes**<br>United States Marshals<br>1100 Commerce St.<br>Dallas, Texas 75242 | **Possible fact witness**<br>Will testify about the investigation, including the collection and review of evidence, identification of relevant individuals and communications, and other investigative steps relating to the charged offenses. |

Respectfully submitted,

RYAN RAYBOULD
ACTING UNITED STATES ATTORNEY

*/s/Edward L. Hocter*
EDWARD L. HOCTER
Assistant United States Attorney
Texas Bar No. 24121668
Ted.Hocter@usdoj.gov

CAROLINE S. POORE
Assistant United States Attorney
Tennessee Bar No. 040796
Caroline.Poore@usdoj.gov

1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile: 214-659-8805

**CERTIFICATE OF SERVICE**

I hereby certify on this 21st day of September 2026 that this document was filed with the Clerk of Court via the court's ECF System.

/s/ *Edward L. Hocter*
EDWARD L. HOCTER
Assistant United States Attorney