ORIGINAL

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS/DALLAS DIVISION

UNITED STATES OF AMERICA
V.
PHILLIP DANIEL PETERSON

## EXHIBIT AND WITNESS LIST

Case Number: 3:24-CR-507-N (01)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| David C. Godbey | Caroline S. Poore and Edward Hoctor | James J. Mongaras, Jr. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| September 28, 2026 to September 30, 2026 | Jeff Foster | Carla Moore |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 9/28/26 | | Yes | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:10:18) |
| 2 | | 9/28/26 | | Yes | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:11:36) |
| 3 | | 9/28/26 | | Yes | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:13:52) |
| 4 | | 9/28/26 | | Yes | Email Re: Engagement (Time stamp Fri, 23 Jun 2023 20:20:05) |
| 5 | | 9/28/26 | | Yes | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:27:21) |
| 6 | | 9/28/26 | | Yes | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:31:30) |
| 7 | | 9/28/26 | | Yes | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:49:41) |
| 8 | | 9/28/26 | | Yes | Email Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:51:35) |
| 27 | | 9/28/26 | | Yes | Email Re: Apology (Time stamp Thursday, June 29, 2023 9:35 AM) |
| 46 | | 9/28/26 | | Yes | Email Re: Oil Wells (Time stamp Wed, 17 May 2023 08:49:59) |
| | 1 | 9/28/26 | | Yes | apology email (6/28/2023) |
| | 2 | 9/28/26 | | Yes | emails (4/23/2023) |
| 9 | | 9/29/26 | | Yes | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:10:18) |
| 10 | | 9/29/26 | | Yes | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:11:36) |
| 11 | | 9/29/26 | | Yes | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:13:52) |
| 12 | | 9/29/26 | | Yes | Header Re: Engagement (Time stamp Fri, 23 Jun 2023 20:20:05) |
| 13 | | 9/29/26 | | Yes | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:27:21) |
| 14 | | 9/29/26 | | Yes | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 22:31:30) |
| 15 | | 9/29/26 | | Yes | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:49:41) |
| 16 | | 9/29/26 | | Yes | Header Re: EMAILS (Time stamp Fri, 23 Jun 2023 23:51:35) |
| 17 | | 9/29/26 | | Yes | Metadata from Emails |

| | | | | | |
|---|---|---|---|---|---|
| 63 | | 9/29/26 | | Yes | Microsoft Email Information |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.