IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Crim. Action No. 3:24-CR-507-N |
| | § | |
| PHILLIP PETERSON | § | |

## VERDICT OF THE JURY

We, the Jury, find the Defendant "not guilty" or "guilty" as follows:

Count One – Transmitting a threatening communication in interstate commerce:
"I am going to ass fuck M.M. FUCK THIS CUNT."

not Guilty

Count Two – Transmitting a threatening communication in interstate commerce:
"M.M., I am going to fuck you up."

Guilty

Count Three – Transmitting a threatening communication in interstate commerce:
"I am going to put your fucking head on a stick."

Guilty

Count Four – Transmitting a threatening communication in interstate commerce:
"I am going to ass fuck you M.M. you fucking cunt."

Guilty

Count Five – Transmitting a threatening communication in interstate commerce: "M.M. I am going to fuck you in the ass you stupid cunt."

Guilty

Count Six – Transmitting a threatening communication in interstate commerce: "M.M. I am going to ass fuck for the end of time."

Not Guilty

Count Seven – Transmitting a threatening communication in interstate commerce: "I am going to fuck both J.H. and D.W. in the ass."

Guilty

Count Eight – Transmitting a threatening communication in interstate commerce: "You stupid faggots better know I know where you live."

Guilty

Signed this the 30 day of Sep, 2026.

Presiding Juror